IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                  Criminal Action No.
                                       22-00180-01-CR-W-HFS

JESUS ESQUIVEL HOLGUIN,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One: Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

                          Count Two: Possession of a Firearm in Furtherance of Drug Trafficking, *in violation* of 18 U.S.C. § 924(c)(1)(A)

**TRIAL COUNSEL**:
        Government: Robert Smith
        Case Agent:   HSI Special Agent Anthony DeMarco
        Defense:     Angie Williams

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government: 6-8 witnesses
        Defense: no additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government: approximately 20 exhibits
        Defense: no additional exhibits

**DEFENSES**:
        ( x )   defense of general denial
        (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                (  ) Possibly for trial
        (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 ½ - 3 days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
    (  ) not likely
    (  ) not appropriate
    ( x ) likely as to:
        (  ) chain of custody
        ( x ) chemist's reports
        (  ) prior felony conviction
        (  ) interstate nexus of firearm
        (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 7, 2023
    Defense: August 7, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: August 7, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing August 21, 2023

**OTHER**:
    ( x ) A Spanish-speaking interpreter is required for Defendant.

    **IT IS SO ORDERED.**

                                */s/ Jill A. Morris*
                                JILL A. MORRIS
                                United States Magistrate Judge